# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131449

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 131449
                                      COA: 269270
                                      Roscommon CC: 05-005058-FH;
                                      05-005059-FH

DONALD RAY SWANIGAN,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the application for leave to appeal the May 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the trial court for a hearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

p1122

Clerk